IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 24-10603

JEFFREY NUZIARD; MATTHEW PIPER; CHRISTIAN BRUCKNER,

Plaintiffs-Appellees,

v.

MINORITY BUSINESS DEVELOPMENT AGENCY; JOSEPH R. BIDEN, JR.; GINA M. RAIMONDO; DONALD R. CRAVINS, JR.,

Defendants-Appellants.

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

_____

MOTION FOR VOLUNTARY DISMISSAL

_____

Pursuant to Federal Rule of Appellate Procedure 42(b), appellants hereby move to dismiss this appeal, with each side to bear its own costs incurred in connection with this appeal.

Appellees consent to this motion.

Respectfully submitted,

KRISTEN CLARKE
  Assistant Attorney General

s/ Anna M. Baldwin
BONNIE I. ROBIN-VERGEER
ANNA M. BALDWIN
  Attorneys
  Department of Justice
  Civil Rights Division
  Appellate Section
  Ben Franklin Station
  P.O. Box 14403
  Washington, D.C. 20044-4403
  (202) 305-4278

# CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2024, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the CM/ECF system.

s/ Anna M. Baldwin
ANNA M. BALDWIN
 Attorney

# CERTIFICATE OF COMPLIANCE

1.  This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f), the motion contains 34 words.

2.  This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word for Microsoft 365, in 14-point Times New Roman font.

s/ Anna M. Baldwin
ANNA M. BALDWIN
 Attorney

Date:  July 18, 2024